Electronically Filed
Intermediate Court of Appeals
29553
27-MAY-2014
08:19 AM

NO. 29553

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

HIROKAZU NAKAJIMA,
Plaintiff/Cross-Defendant/Appellant, v.
AKI NAKAJIMA,
Defendant/Cross-Plaintiff/Appellee

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(FC-DIVORCE NO. 05-1-0587)

ORDER DENYING MOTION FOR RECONSIDERATION
(By:  Foley, J. and Fujise, J., with
Nakamura, C.J. concurring and dissenting separately)

Upon consideration of Plaintiff/Cross-Defendant/
Appellant Hirokazu Nakajima's, "Plaintiff/Cross Defendant-
Appellant's Motion for Reconsideration of the Court's Memorandum
Opinion Filed on May 9, 2014" (**Motion**) filed on May 19, 2014, the
memorandum/papers in support of the motion, and the records and
files in this case,

IT IS HEREBY ORDERED that the Motion is denied.

DATED:  Honolulu, Hawaii, May 27, 2014.

On the motion:

Blake T. Okimoto for
Plaintiff/Cross-Defendant/
Appellant.

Associate Judge

Associate Judge

Consistent with my Concurring and Dissenting Opinion to
the majority's Memorandum Opinion filed on May 9, 2014, I would
grant the Motion to the extent that it seeks reconsideration on

the issue of whether the family court erred in adopting the valuations of Wife's appraiser for the Avalon Cove, Inc. properties, without giving Husband the opportunity to challenge the appraisals.

Chief Judge